# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TORRES, an individual, and RICHARD TORRES, an individual,<br><br>    Plaintiffs,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | Case No.: 2:21-cv-08837-SVW-KK<br><br>*Assigned to the Hon. Stephen V. Wilson*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: August 17, 2022      By: _____
                                U.S. DISTRICT COURT JUDGE